IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20493
Summary Calendar
_____

JOSEPH CALAIS,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
(97-CV-3499)
--------------------
February 16, 2000

Before POLITZ, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Joseph Calais appeals the district court's grant of summary judgment in favor of the Commissioner of Social Security. Calais contends that the Administrative Law Judge (ALJ) did not properly apply Social Security Ruling 83-20 in determining the onset date of his disability. He states that, because his injury stemmed from a traumatic event, the onset date should have been the date of his injury. Even if considered a disability of non-traumatic origin, Calais contends that the ALJ should have determined whether the alleged onset date was consistent with Calais's testimony, work history, and medical evidence.

---

[*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

We have reviewed the record and briefs submitted by the parties and find that the ALJ's decision was supported by substantial evidence and the proper legal standards were used in evaluating the evidence. <u>Brock v. Chater</u>, 84 F.3d 726, 727-28 (5th Cir. 1996). The district court correctly determined that no genuine issue of material fact exists.

AFFIRMED.